Rebecca C. Padilla (CSBN: 248605)
**POTTER, COHEN & SAMULON**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile:  (626) 795-0725
E-mail: rpadilla@pottercohenlaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| TONI SUSANN VARONE,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant | Case No.: CV 15-2988-PLA<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

    IT IS ORDERED that the Commissioner shall pay the amount of $3,230.00 for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:   June 6, 2016

                          */s/ Paul L. Abrams*
                   _____
                   THE HONORABLE PAUL L. ABRAMS
                   UNITED STATES MAGISTRATE JUDGE